NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL MULROONEY,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-1568
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Pasco
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender, and
Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Michael Mulrooney, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

          Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.